**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Mamadou Mouctar Barry,
Petitioner
-vs-
Eric Rokosky, et al.,
Respondents.

CV-26-6124-PHX-JFM

**Order**

Under consideration is Petitioner's Petition for Writ of Habeas Corpus filed August 27, 2026 (Doc. 1). According to the Petition, Petitioner is a citizen of the Republic of Guinea who came to the United States on February 15, 2022, sought asylum, and was paroled into the country. He is the father of two United States citizen children. On May 31, 2026 Petitioner was detained by immigration officials, and has been detained since without a bond hearing. On August 4, 2026 Petitioner was ordered removed to the Republic of Guinea. Petitioner has an appeal of that determination pending before the Board of Immigration Appeals.

The Petition asserts Petitioner's 2026 arrest and detention, and ongoing "prolonged" and "indefinite" detention under "very hard" conditions, are violations of the Due Process Clause of the Fifth Amendment. It seeks immediate release.

On September 4, 2026 Respondents filed a Response (Doc. 9) simply asserting: "Respondents do not oppose Petitioner's request for release at this time."

**IT IS THEREFORE ORDERED:**

(A) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

(B) Respondents must **IMMEDIATELY RELEASE** Petitioner, subject to the same conditions of release previously imposed on Petitioner.

(C) Respondents must file a **NOTICE OF COMPLIANCE** within **three days** of the

filing of this Order, including the particulars of the release (time, conditions, etc.).

(D) Any pending motions are **DENIED** as moot.

(E) The Clerk of Court must enter **JUDGMENT** in Petitioner's favor and **Close** this case.

Dated: September 8, 2026

26-6124-001o Order 26 09 08 on Petition for Writ of Habeas Corpus.docx

James F. Metcalf
United States Magistrate Judge